PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOEL LOMELI,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:23-cv-01978-DMC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of 30 days to respond to Plaintiff's Motion for Summary Judgment in this case. In support of this request, the Commissioner respectfully states as follows:

1. The Commissioner's response to Plaintiff's Motion for Summary Judgment is due January 16, 2024. This is Defendant's first request for an extension of this deadline.

2. Counsel for the Commissioner is in the process of consulting with his client on the defensibility of this matter. Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter. Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that she has no objections.

4. This request is made in good faith and is not intended to unnecessarily delay the proceedings in this matter.

WHEREFORE, Defendant requests until February 15, 2024, respond to Plaintiff's Motion for Summary Judgment, with all other deadlines extended accordingly.

Date: *January 11, 2024*            KELLY DUARTE URSTOEGER & RUBLE, LLP

                        By:   */s/ Caspar Chan for Megan E. Ruble\**
                              MEGAN E. RUBLE
                              *\*Authorized by email on January 11, 2024*
                              Attorneys for Plaintiff

Date: *January 11, 2024*            PHILIP A. TALBERT
                                    United States Attorney
                                    Eastern District of California

                        By:   */s/ Caspar Chan*
                              CASPAR CHAN
                              Special Assistant United States Attorney
                              Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED

Dated: January 11, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE