PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JOEL LOMELI,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:23-cv-01978-DMC<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff an opportunity for a new hearing, further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: <u>February 16, 2024</u>         KELLY DUARTE URSTOEGER & RUBLE, LLP

                        By:   <u>/s/ Caspar Chan for Megan E. Ruble*</u>
                              MEGAN E. RUBLE
                              *Authorized by email on February 16, 2024
                              Attorneys for Plaintiff

Date: <u>February 16, 2024</u>         PHILIP A. TALBERT
                              United States Attorney
                              Eastern District of California

                        By:   <u>/s/ Caspar Chan</u>
                              CASPAR CHAN
                              Special Assistant United States Attorney
                              Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated:  February 16, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE